UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------

UNITED STATES OF AMERICA            :         **TRANSPORTATION ORDER**
                                              **25 Cr. 573 (AS)**
          - v -                     :

VICTOR GARRIDO,                     :

                  Defendant.    :

----------------------------------x

Upon the application of **Victor Garrido**, by the Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Mr. Garrido with funds to cover the cost of transportation from Brownsville, TX to New York, NY, for Mr. Garrido's court appearance in the Southern District of New York, which is scheduled for Thursday, February 26, 2026 at 10:00 a.m.

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated:  New York, New York          **SO ORDERED:**
         February 20, 2026

                                    _____
                                    HONORABLE ARUN SUBRAMANIAN
                                    United States District Judge