

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 2, 2026

**BY ECF**
The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: *United States v. Victor Garrido*, 25 Cr. 573 (AS)

Dear Judge Subramanian:

  The parties write in response to the Court's directive at the status conference on February 26, 2026, to file a proposed schedule for defense counsel's anticipated motion to suppress. The parties jointly request that the Court set the following briefing schedule:

- April 1, 2026: Initial Motion
- April 29, 2026: Opposition
- May 6, 2026: Reply.

         Respectfully submitted,

         JAY CLAYTON
         United States Attorney for the
         Southern District of New York

    By: _____
         William K. Stone
         Assistant United States Attorney
         (212) 637-2521

cc (by ECF): Mitchell E. Schwartz, Esq.

         The proposed schedule is adopted.

         SO ORDERED.

         Arun Subramanian, U.S.D.J.
         Dated: March 3, 2026