**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

_____

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 5, 2026

**BY ECF**
The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:    *United States v. Victor Garrido*, 25 Cr. 573 (AS)

Dear Judge Subramanian:

The parties respectfully request that the Court schedule trial to begin in this matter on June 22, 2026.

GRANTED. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 17.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Dated: March 9, 2026

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____
William K. Stone
Assistant United States Attorney
(212) 637-2521

cc (by ECF):   Mitchell E. Schwartz, Esq.