# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

---

**BY ECF**

April 1, 2026

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*The arraignment will be held on Wednesday, April 15, 2026, at 1:00 PM. The Court will separately enter the waiver of appearance. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 25.*

*SO ORDERED.*

*Arun Subramanian, U.S.D.J.*
*Dated: April 2, 2026*

**Re: United States v. Victor Garrido, 25-CR-573 (AS)**

Dear Judge Subramanian,

The Defense writes, after consultation with the government, to request the scheduling of arraignment on the (S1) Superseding Indictment in this matter. *See* ECF Nos. 21, 22. The parties jointly request any of the following, if available:

> April 13, 2026 (all day)
> April 15, 2026 (before 2:00 PM)
> April 17, 2026 (after 2:00 PM)

As the (S1) Superseding Indictment contains only a single new count alleging a violation of 18 USC § 922(g)(1)-(2) and the prior indictment already contained a count alleging a violation of 18 USC § 924(c)(1)(A)(i)-(2), the parties do not anticipate any need for adjustment of the already scheduled trial date and pre-trial deadlines.

Additionally, the Defense requests that in lieu of Mr. Garrido's personal appearance, the Court accept the enclosed Fed. R. Crim. P. 10(b) waiver of appearance. The Court previously accepted a Rule 10(b) waiver at the December 17, 2025 arraignment on the initial indictment. *See* ECF No. 7. Mr. Garrido continues to reside in Brownsville, Texas, remains in compliance with his pretrial release conditions, and is in frequent contact with undersigned counsel. An in-person appearance would be a considerable financial burden. The government has no objection to the waiver of Mr. Garrido's personal appearance.

Respectfully submitted,

/s/ Mitchell Schwartz
Mitchell E. Schwartz
Assistant Federal Defender
Federal Defenders of New York
52 Duane Street, 10th Floor
New York, NY 10007


Enclosures:     (1) March 30, 2026 Signed Rule 10(b) Waiver of Appearance