UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

UNITED STATES OF AMERICA                                 :

        - v. -                                              :

VICTOR GARRIDO                                           :

              DEFENDANT.                       :

-----------------------------------------------------------------x

**RULE 10(b)**
**WAIVER OF**
**APPEARANCE**

25-CR-573 (AS)

      Victor Garrido, defendant in the above-captioned matter and the undersigned, hereby waives his right to appear in open court at the arraignment on Superseding Indictment Number S1 25 Cr. 573.

      By signing this waiver, the undersigned affirms that he has received a copy of the superseding indictment and has reviewed it and discussed it with his attorney, Mitchell E. Schwartz, Esq., Assistant Federal Defender.

      The undersigned hereby enters a plea of **NOT GUILTY** to the charges in the Superseding Indictment.

Dated: _3/30/26_
      Brownsville, Texas

Dated: _3/30/26_
      New York, New York

Victor Garrido
*Defendant*

Mitchell E. Schwartz, Esq.
*Attorney for Victor Garrido*

Approved by:

Honorable Arun Subramanian
United States District Judge

Dated: April 2, 2026