UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

-against-

Victor Garrido,

Defendant.

25-CV-573 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

At the April 15, 2026, conference in this matter, the Government advised that in its forthcoming opposition to Defendant's suppression motion, it will argue that the failure of the Defendant to furnish an affidavit supporting the motion is grounds for denial separate and apart from the merits. Defendant's counsel then advised that if necessary, an affidavit could be provided. To cut to the chase on this motion, Defendant should serve and file an affidavit in support of the motion on or before April 23, 2026.

SO ORDERED.

Dated:  April 16, 2026
        New York, New York

ARUN SUBRAMANIAN
United States District Judge