# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**BY ECF**

April 28, 2026

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: United States v. Victor Garrido, 25-CR-573 (AS)**

Dear Judge Subramanian,

The Defense and the government write jointly to alert the Court that the parties have reached a pretrial resolution to this matter. Accordingly, the parties respectfully request that the Court schedule a change of plea hearing for either Thursday, April 30, 2026, after 3:00 p.m., or anytime on Friday, May 1, 2026. If the Court is not available during either of those times, the parties have no objection to seeing if the magistrate judge on duty can hold the change of plea hearing instead.

In addition, the parties respectfully request that the Court stay all pending motion schedules for approximately two weeks, which should give enough time for the Court to enter Mr. Garrido's plea.

Respectfully submitted,

/s/ Mitchell Schwartz
Mitchell E. Schwartz
Assistant Federal Defender
Federal Defenders of New York
52 Duane Street, 10th Floor
New York, NY 10007

Application GRANTED. A change of plea hearing will be held on **Friday, May 1, 2026**, at **2:00 PM**.

The Court hereby stays the pending motions schedule for two weeks.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 35.

SO ORDERED.

Arun Subramanian U.S.D.J.
Dated: April 29, 2026