# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**BY ECF**

May 4, 2026

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

GRANTED.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 37.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: May 4, 2026

**Re: United States v. Victor Garrido, 25-CR-573 (AS)**

Dear Judge Subramanian,

The Defense writes, unopposed, to request the removal of Mr. Garrido's electronic monitoring and curfew conditions.

On May 1, 2026, Mr. Garrido appeared before the Court and entered a plea to one count of a superseding information charging a violation of 18 USC § 922(g)(1) pursuant to a plea agreement stipulating a Guidelines range of 10-16 months with no mandatory minimum sentence. His release conditions were continued at that time.

On November 29, 2025, when Mr. Garrido was initially presented, he was charged with 21 USC § 841(b)(1)(A) and 18 USC § 924(c)(1)(A)(i), meaning he faced a mandatory minimum sentence of 15 years imprisonment. His release conditions at the time—including electronic monitoring and curfew—reflected the severity of the then charges and the significant mandatory minimum.

In the time since Mr. Garrido's release, there have been no violations of Pretrial conditions, he has flown to and from his home in Brownsville, Texas to appear in Court, and he was previously granted permission to drive his truck and trailer back to Texas from New Jersey without incident. *See* ECF No. 13. The wearing of an ankle monitor is a significant discomfort that chafes his skin and hinders his ability to seek out employment doing lawncare in light of his Pretrial prohibition from working as a truck driver (a condition that will remain).

Undersigned counsel has communication with both Pretrial and the Government. Neither oppose this request.

2

Respectfully submitted,

/s/ Mitchell Schwartz
Mitchell E. Schwartz
Assistant Federal Defender
Federal Defenders of New York
52 Duane Street, 10th Floor
New York, NY 10007