UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

-against-

Victor Garrido,

Defendant.

25-CR-573 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Clerk of Court is respectfully directed to terminate Dkts 26, 31, 32, 33, and 34 as moot in light of defendant's change of plea.

SO ORDERED.

Dated: May 21, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge