Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**BY ECF & E-MAIL**

July 10, 2026

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: United States v. Victor Garrido (25-CR-573-AS)**

Dear Judge Subramanian,

The Defense writes to request a limited and temporary modification of Mr. Garrido's pretrial release conditions to allow him to travel with his wife and son to the Eastern District of Tennessee for personal matters between July 12, 2026 and July 19, 2026. Mr. Garrido will provide Pretrial information on where he and his family are staying in advance of any travel.

Undersigned counsel has communicated with both Pretrial and the Government and neither object to this request. Indeed, since the Court's removal of Mr. Garrido's electronic monitoring and curfew conditions on May 4, 2026, Mr. Garrido has continued to be in full compliance with Pretrial conditions.

Respectfully submitted,

/s/ Mitchell Schwartz
Mitchell E. Schwartz
Assistant Federal Defender
Federal Defenders of New York
52 Duane Street, 10th Floor
New York, NY 10007

The requested modification is GRANTED. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 46.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: July 10, 2026