UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------

UNITED STATES OF AMERICA :

- v - :

VICTOR GARRIDO, :

Defendant. :

----------------------------------x

**TRANSPORTATION ORDER**
**25 Cr. 573 (AS)**

Upon the application of **Victor Garrido**, by the Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Mr. Garrido with funds to cover the cost of transportation from Brownsville, TX to New York, NY, for Mr. Garrido's court appearance in the Southern District of New York, which is scheduled for Monday, September 28, 2026 at 10:00 a.m.

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

**The Clerk of Court is respectfully requested to terminate Dkt. 51.**

Dated: New York, New York
September 8, 2026

**SO ORDERED:**

HONORABLE ARUN SUBRAMANIAN
United States District Judge