UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------

UNITED STATES OF AMERICA :

- v - :

VICTOR GARRIDO, :

Defendant. :

----------------------------------x

**TRANSPORTATION ORDER**
**25 Cr. 573 (AS)**

Upon the application of **Victor Garrido**, by the Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Mr. Garrido with funds to cover the cost of transportation on September 27, 2026, from Brownsville, TX to New York, NY, for Mr. Garrido's court appearance in the Southern District of New York, which is rescheduled for Wednesday, September 30, 2026 at 3:30 p.m.

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated: New York, New York
September 25, 2026

**SO ORDERED:**

_______________________________
HONORABLE ARUN SUBRAMANIAN
United States District Judge