UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

VICTOR GARRIDO,

Defendant.

25-cr-573 (AS)

REVISED
SCHEDULING ORDER

ARUN SUBRAMANIAN, United States District Judge:

IT IS HEREBY ORDERED that the sentencing in this matter will now take place on **Wednesday, September 30, 2026** at **3:30 PM**.

SO ORDERED.

Dated: September 28, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge